WILLIAM PAVEL, JR. v. NICHOLAS D. HEIL, CHAIRMAN,
NEW JERSEY STATE PAROLE BOARD.

September 19, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM J. HARLEY.

September 19, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW FERENZ.

September 19, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM B. MC NAMARA.

September 19, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL CALABRESE.

September 19, 1974. Petition for certification denied.

SAMUEL J. HAMELSKY v.
TOWNSHIP OF SOUTH BRUNSWICK.

October 1, 1974. Petition for certification denied.